# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.
**285 Southfield Road, Box 585**
**Calverton, New York 11933**
**Tel (631) 727-3400**
**Fax (631) 727-3401**
contact@twlegal.com

<u>via ECF</u>                                                                                                July 29, 2014

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601                    Re: <u>Amscan, Inc., et al. v. Shutter Shades, Inc., et al.,</u>
                                          <u>SDNY 13-CV-1112</u>

Dear Judge Seibel:

      I represent Defendants in the above-referenced action. This is regarding the parties' prospective summary judgment motions in the event the case does not settle.

      Further to the Order dated July 23, 2014, this is to inform the Court that the parties have elected to bundle their summary judgment motion papers and file same via ECF on November 3, 2014, after their respective motions are fully briefed.

      In addition, the parties have stipulated to a modified date to exchange initial moving papers, resulting in the following briefing schedule:

1. Moving papers will be exchanged on September 12, 2014, rather than September 5, 2014;
2. Opposition papers will still be exchanged on October 6, 2014; and
3. Reply papers will still be exchanged on November 3, 2014.

      Please contact counsel should the Court require any further information.

                                                                     Respectfully submitted,

                                                                     <u>/s/ Todd Wengrovsky</u>

                                                                     Todd Wengrovsky
                                                                       *Counsel for Defendants*

cc: Jonathan Thomas, Esq.,
*Counsel for Plaintiff,* via E-Mail