MEMO ENDORSED

# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

Application Granted / ~~Denied~~
So Ordered.      Schedule approved

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 7/31/14

via ECF

July 29, 2014

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Amscan, Inc., et al. v. Shutter Shades, Inc., et al.,
SDNY 13-CV-1112

Dear Judge Seibel:

I represent Defendants in the above-referenced action. This is regarding the parties' prospective summary judgment motions in the event the case does not settle.

Further to the Order dated July 23, 2014, this is to inform the Court that the parties have elected to bundle their summary judgment motion papers and file same via ECF on November 3, 2014, after their respective motions are fully briefed.

In addition, the parties have stipulated to a modified date to exchange initial moving papers, resulting in the following briefing schedule:

1. Moving papers will be exchanged on September 12, 2014, rather than September 5, 2014;
2. Opposition papers will still be exchanged on October 6, 2014; and
3. Reply papers will still be exchanged on November 3, 2014.

Please contact counsel should the Court require any further information.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/14
```

Respectfully submitted,

/s/ Todd Wengrovsky

Todd Wengrovsky
*Counsel for Defendants*

cc: Jonathan Thomas, Esq.,
*Counsel for Plaintiff,* via E-Mail